**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DUFFIELD HOUSE ASSOC., | : | No. 131 EM 2016 |
| | : | |
| Respondent | : | EMERGENCY APPLICATION FOR |
| | : | STAY |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BONITA ASHLEY, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of August 2016, the Emergency Application for Stay is **DENIED**.